# IN THE SUPREME COURT OF THE STATE OF NEVADA

CLARK COUNTY SCHOOL DISTRICT;
AND RONNIE GUERZON, IN HIS
OFFICIAL CAPACITY,

        Appellants/Cross-
        Respondents,

vs.

GABRIEL URENO; GERAD DAVIS; AND
BIJO'N PERRY,

        Respondents/Cross-
        Appellants.

No. 78469

**FILED**

SEP 1 8 2019

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND CROSS-APPEAL AS ABANDONED

After the settlement judge reported that the parties had agreed to a settlement, this court entered an order directing appellants/cross-respondents to file a stipulation or motion to dismiss this appeal and cross-appeal or otherwise inform this court of the status of this appeal and cross-appeal within 60 days. To date, appellants/cross-respondents have not responded to our order or otherwise communicated with this court. Accordingly, cause appearing, we dismiss this appeal and cross-appeal as abandoned.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

19-38921

cc: Hon. James Crockett, District Judge
Ara H. Shirinian, Settlement Judge
Clark County School District Office of the General Counsel
Ganz & Hauf/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A